Slip Op. 15 - 119

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MACLEAN-FOGG CO., *ET AL.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, <br><br> Defendant-Intervenor. | Before: Donald C. Pogue, <br>                Senior Judge <br><br> Consol. Court No. 11-00209[1] |

JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, and in accordance with the parties' Joint Status Report, ECF No. 126, it is hereby

ORDERED, ADJUDGED and DECREED that Aluminum Extrusions from the People's Republic of China, 76 Fed. Reg. 18,521 (Dep't Commerce Apr. 4, 2011) (final affirmative countervailing duty determination), as amended by the Final Second Results of

---

[1] This case is consolidated with Ct. Nos. 11-00210, 11-00220, and 11-00221. Order, Aug. 23, 2011, ECF No. 26, at ¶ 2.

Consol. Court No. 11-00209                                                    Page 2

Redetermination Pursuant to Court Remand, ECF Nos. 124-1 (conf. version) & 125-1 (pub. version), is AFFIRMED; and it is further

ORDERED, ADJUDGED and DECREED that that any entries covered by Section 516A(e)(1) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e)(1) (2012), are to be liquidated in accordance with this judgment.

                                                                                      _____/s/ Donald C. Pogue_____
                                                                         Donald C. Pogue, Senior Judge

Dated: October 23, 2015
      New York, NY